

POSTED ON WEBSITE
*NOT FOR PUBLICATION*

FILED

DEC 23 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 07-31058-D-7 |
| SURISA R. KING, | |
| Debtor. | |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

<u>MEMORANDUM</u>

On December 19, 2007, Surisa R. King ("the debtor") filed the instant Chapter 7 case. The debtor received her discharge under § 727 of the Bankruptcy Code ("Code") on April 4, 2008, and the case was closed on April 16, 2008. On December 17, 2008 the debtor filed a letter requesting the court to reopen her case (the "Application"). The Application will be denied for the reason stated below.

The Application requests the debtor's case be reopened so that she may amend her creditor schedules to include various bills and expenses that were incurred post-petition. The Application indicates the debtor wants to reopen her case to list these post-petition claims for the purpose of discharging these debts. The debtor's discharge only discharges debt or claims that arose pre-petition. (See § 727(b).) Accordingly, the post-petition bills that the debtor wishes to include in her bankruptcy cannot be discharged. Reopening the case will serve

no purpose nor will it accord relief to the debtor. As such, the Application will be denied by separate order.

Dated: December 23, 2008

*Robert Bardwil*
ROBERT S. BARDWIL
United States Bankruptcy Judge

## Certificate of Service

I certify that on  12/23/08  a copy of the **foregoing document** was mailed to the following:

Office of the US Trustee
501 "I" Street, Suite 70500
Sacramento, CA 95814

Surisa Rozell King
210 Fairgrounds Dr.
Sacramento, CA 95817

Susan Smith
7485 Rush River Dr., #710-PMB 218
Sacramento, CA 95831

FOR THE COURT
RICHARD G. HELTZEL
CLERK, U.S. BANKRUPTCY COURT

By: _____
       Deputy Clerk